IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| ROY EDWARD CANTU,<br>Petitioner,<br><br>VS.<br><br>UNITED STATE OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. B-03-147<br>§<br>§ |

## ORDER

Petitioner, Roy Edward Cantu ("Cantu"), has filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Cantu is a prisoner at the Beaumont Federal Correctional Complex, who is proceeding pro se.

**IT IS ORDERED** that Cantu should be allowed to proceed in forma pauperis, without payment of costs or fees.

DONE at Brownsville, Texas, this 22nd day of August, 2003.

John Wm. Black
United States Magistrate Judge