IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| ROY EDWARD CANTU, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-147 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Petitioner, Roy Edward Cantu, filed a Motion to Vacate, Set Aside, or Correct Sentence on August 18, 2003, pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED** that the United States of America submit its response to the above Motion no later than November 6, 2003.

DONE at Brownsville, Texas, this 8th day of September, 2003.

John Wm. Black
United States Magistrate Judge