Case 1:03-cv-00147   Document 4   Filed in TXSD on 09/22/2003   Page 1 of 5

United States District Court
Southern District of Texas
FILED

SEP 2 2 2003

Michael N. Milby
Clerk of Court

# United States District Court
## Southern District of Texas

UNITED STATES OF AMERICA
Respondent

v

ROY EDWARD CANTU
Movant

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER **B-03-147**

---

I, **Roy Edward Cantu**, declare that I am the (check appropriate box)

- [ ] petitioner/plaintiff
- [x] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐  No ☒
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    
    N/A

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment    Yes ☐  No ☒
    b. Rent payments, interest or dividends?    Yes ☐  No ☒
    c. Pensions, annuities or life insurance payments?    Yes ☐  No ☒
    d. Gifts or inheritances?    Yes ☐  No ☒
    e. Any other sources?    Yes ☒  No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

From friends and family to support my needs
See attached statement of account.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☑   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☑

   If the answer is "yes," describe the property and state its approximate value.

   **N/A**

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Parents and Children, Unable to Contribute to their Support

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-4-03
            (Date)                           Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 1188.12 or _____ to his credit at the _____ where he is confined. I further certify that the applicant likewise has the following securities to _____ according to the records of said institution: _____

_____ certify that during the last six months the applicant's average balance was $ 1,352.29

                                    R. Pargent, Counselor
                                    Authorized Officer of Institution

---

**ORDER OF COURT**

| ____tion is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge    Date | United States Judge    Date
                                or Magistrate |

```
0                          ACCOUNT
                          STATEMENT
FCC BMT - LIMITED OFFICIAL USE                    DATE 09/04/03
BEAUMONT, TX                                      PAGE No.02



                                          Account # 05508078

         CANTU ROY EDWARD
         XA
DHO-SHEFFER
```

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT   |         |
|---------|-------|----------|-------------------------|----------|---------|
| F03503  | 18:42 | 01-02-03 | DEPOSIT ITS FUNDS       | 10.00-   | 495.90  |
| DEC03P  | 7:32  | 01-03-03 | PERFORMANCE PAY         | 29.92    | 525.82  |
| 000019  | 12:13 | 01-06-03 | SALE / REGULAR          | 68.30-   | 457.52  |
| F23A2A  | 22:16 | 01-08-03 | DEPOSIT ITS FUNDS       | 10.00-   | 447.52  |
| F38E54  | 17:19 | 01-13-03 | DEPOSIT ITS FUNDS       | 10.00-   | 437.52  |
| F495BE  | 18:49 | 01-17-03 | DEPOSIT ITS FUNDS       | 10.00-   | 427.52  |
| 000081  | 18:21 | 01-21-03 | SALE / REGULAR          | 92.20-   | 335.32  |
| F788BB  | 10:11 | 02-01-03 | DEPOSIT ITS FUNDS       | 10.00-   | 325.32  |
| 000065  | 18:27 | 02-03-03 | SALE / REGULAR          | 60.55-   | 264.77  |
| JAN03P  | 9:12  | 02-04-03 | PERFORMANCE PAY         | 29.92    | 294.69  |
| F9EAAF  | 12:48 | 02-08-03 | DEPOSIT ITS FUNDS       | 10.00-   | 284.69  |
| JAN03U  | 8:22  | 02-10-03 | UNICOR PAY              | 26.46    | 311.15  |
| FA90B5  | 16:44 | 02-10-03 | DEPOSIT ITS FUNDS       | 10.00-   | 301.15  |
| 000018  | 18:15 | 02-10-03 | SALE / REGULAR          | 29.75-   | 271.40  |
| JAN03P  | 9:34  | 02-12-03 | PERFORMANCE PAY         | 29.92-   | 241.48  |
| FBC6C6  | 13:34 | 02-15-03 | DEPOSIT ITS FUNDS       | 10.00-   | 231.48  |
| FD4BD1  | 18:07 | 02-21-03 | DEPOSIT ITS FUNDS       | 10.00-   | 221.48  |
| T36001  | 13:19 | 02-24-03 | MONEY ORDER             | 50.00    | 271.48  |
| 000055  | 18:15 | 02-24-03 | SALE / REGULAR          | 51.80-   | 219.68  |
| FED202  | 16:58 | 02-28-03 | DEPOSIT ITS FUNDS       | 10.00-   | 209.68  |
| 00DB9B  | 16:39 | 03-06-03 | DEPOSIT ITS FUNDS       | 10.00-   | 199.68  |
| FEB03U  | 7:16  | 03-10-03 | UNICOR PAY              | 56.76    | 256.44  |
| T39813  | 11:06 | 03-10-03 | MONEY ORDER             | 100.00   | 356.44  |
| T40001  | 12:05 | 03-10-03 | MONEY ORDER             | 100.00   | 456.44  |
| 000098  | 17:48 | 03-10-03 | SALE / REGULAR          | 124.90-  | 331.54  |
| 0227B8  | 18:56 | 03-10-03 | DEPOSIT ITS FUNDS       | 10.00-   | 321.54  |
| 03BDC2  | 9:48  | 03-16-03 | DEPOSIT ITS FUNDS       | 10.00-   | 311.54  |
| 0521D6  | 15:37 | 03-23-03 | DEPOSIT ITS FUNDS       | 10.00-   | 301.54  |
| 000057  | 12:13 | 04-01-03 | SALE / REGULAR          | 33.90-   | 267.64  |
| 07E8B2  | 18:11 | 04-03-03 | DEPOSIT ITS FUNDS       | 10.00-   | 257.64  |
| 000032  | 11:05 | 04-07-03 | SALE / REGULAR          | 32.15-   | 225.49  |
| MAR03U  | 6:30  | 04-08-03 | UNICOR PAY              | 32.66    | 258.15  |
| 0A9DCD  | 10:14 | 04-12-03 | DEPOSIT ITS FUNDS       | 8.00-    | 250.15  |
| T48097  | 11:44 | 04-14-03 | MONEY ORDER             | 100.00   | 350.15  |
| 0BE65D  | 21:20 | 04-16-03 | DEPOSIT ITS FUNDS       | 10.00-   | 340.15  |
| 0CBB2A  | 8:56  | 04-20-03 | DEPOSIT ITS FUNDS       | 10.00-   | 330.15  |
| 000012  | 10:56 | 04-21-03 | SALE / REGULAR          | 16.10-   | 314.05  |
| 000015  | 11:02 | 04-21-03 | SALE / REGULAR          | 19.60-   | 294.45  |
| 0D8A73  | 17:54 | 04-23-03 | DEPOSIT ITS FUNDS       | 10.00-   | 284.45  |
| T50524  | 10:29 | 04-25-03 | MONEY ORDER             | 200.00   | 484.45  |
| 000016  | 11:24 | 04-28-03 | SALE / REGULAR          | 13.00-   | 471.45  |
| 0EBB03  | 19:05 | 04-29-03 | DEPOSIT ITS FUNDS       | 10.00-   | 461.45  |
| 0FA1D7  | 20:30 | 05-02-03 | DEPOSIT ITS FUNDS       | 10.00-   | 451.45  |

```
0                             ACCOUNT
                              STATEMENT
FCC BMT - LIMITED OFFICIAL USE                      DATE 09/04/03
BEAUMONT, TX                                        PAGE No.03


                                          Account # 05508078

      CANTU ROY EDWARD
      XA
DHO-SHEFFER
```

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT   |         |
|---------|-------|----------|-------------------------|----------|---------|
| 000086  | 17:24 | 05-05-03 | SALE / REGULAR          | 92.05-   | 359.40  |
| 10A1E7  | 19:08 | 05-05-03 | DEPOSIT ITS FUNDS       | 20.00-   | 339.40  |
| APR03U  | 8:28  | 05-08-03 | UNICOR PAY              | 24.90    | 364.30  |
| 1439FF  | 11:04 | 05-18-03 | DEPOSIT ITS FUNDS       | 10.00-   | 354.30  |
| 000111  | 17:52 | 05-19-03 | SALE / REGULAR          | 62.00-   | 292.30  |
| 15F5AD  | 16:31 | 05-26-03 | DEPOSIT ITS FUNDS       | 12.00-   | 280.30  |
| T57384  | 12:19 | 05-27-03 | MONEY ORDER             | 50.00    | 330.30  |
| 000091  | 17:35 | 05-27-03 | SALE / REGULAR          | 67.90-   | 262.40  |
| T57948  | 10:00 | 05-28-03 | MONEY ORDER             | 300.00   | 562.40  |
| 16D220  | 9:35  | 05-31-03 | DEPOSIT ITS FUNDS       | 10.00-   | 552.40  |
| 172F5D  | 15:53 | 06-01-03 | DEPOSIT ITS FUNDS       | 12.00-   | 540.40  |
| 18DE1B  | 20:07 | 06-06-03 | DEPOSIT ITS FUNDS       | 10.00-   | 530.40  |
| MAY03U  | 7:42  | 06-09-03 | UNICOR PAY              | 35.19    | 565.59  |
| 000163  | 19:07 | 06-09-03 | SALE / REGULAR          | 153.85-  | 411.74  |
| 1A2BA0  | 16:46 | 06-11-03 | DEPOSIT ITS FUNDS       | 11.00-   | 400.74  |
| 1B468C  | 12:56 | 06-15-03 | DEPOSIT ITS FUNDS       | 10.00-   | 390.74  |
| 000085  | 17:34 | 06-16-03 | SALE / REGULAR          | 54.55-   | 336.19  |
| 1CB97E  | 9:08  | 06-21-03 | DEPOSIT ITS FUNDS       | 10.00-   | 326.19  |
| 1E712F  | 10:28 | 06-29-03 | DEPOSIT ITS FUNDS       | 6.00-    | 320.19  |
| 000125  | 18:46 | 07-01-03 | SALE / REGULAR          | 68.20-   | 251.99  |
| 1F4767  | 16:44 | 07-02-03 | DEPOSIT ITS FUNDS       | 21.00-   | 230.99  |
| T66375  | 11:56 | 07-03-03 | MONEY ORDER             | 100.00   | 330.99  |
| JUN03U  | 8:26  | 07-09-03 | UNICOR PAY              | 68.77    | 399.76  |
| 22A512  | 10:28 | 07-13-03 | DEPOSIT ITS FUNDS       | 19.00-   | 380.76  |
| 000115  | 18:17 | 07-14-03 | SALE / REGULAR          | 77.35-   | 303.41  |
| 25F751  | 16:39 | 07-27-03 | DEPOSIT ITS FUNDS       | 13.00-   | 290.41  |
| 000130  | 18:05 | 07-28-03 | SALE / REGULAR          | 39.30-   | 251.11  |
| 270141  | 16:49 | 08-01-03 | DEPOSIT ITS FUNDS       | 11.00-   | 240.11  |
| 27E725  | 16:34 | 08-04-03 | DEPOSIT ITS FUNDS       | 10.00-   | 230.11  |
| JUL03U  | 8:21  | 08-08-03 | UNICOR PAY              | 84.01    | 314.12  |
| T75149  | 11:51 | 08-11-03 | MONEY ORDER             | 100.00   | 414.12  |
| 000069  | 17:06 | 08-11-03 | SALE / REGULAR          | 137.15-  | 276.97  |
| 2A9FED  | 21:28 | 08-12-03 | DEPOSIT ITS FUNDS       | 10.00-   | 266.97  |
| 000016  | 11:15 | 08-18-03 | SALE / REGULAR          | 14.70-   | 252.27  |
| 2D76E5  | 10:15 | 08-24-03 | DEPOSIT ITS FUNDS       | 10.00-   | 242.27  |
| 2EAC54  | 10:40 | 08-30-03 | DEPOSIT ITS FUNDS       | 10.00-   | 232.27  |
| 000101  | 17:25 | 09-02-03 | SALE / REGULAR          | 44.15-   | 188.12  |

```
                     **** TRANSACTION TOTAL ****    459.93-
```

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 188.12 | .00 | .00 | .00 | 188.12 |

```
                              ACCOUNT
                             STATEMENT
FCC BMT - LIMITED OFFICIAL USE                          DATE 09/04/03
BEAUMONT, TX                                            PAGE No.01


                                              Account # 05508078

        CANTU ROY EDWARD
        XA
DHO-SHEFFER
                                         1,352.29 Last 6 mo
```

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 648.05 | .00 | .00 | .00 | 648.05 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000025 | 11:35 | 10-01-02 | SALE / REGULAR | 67.95- | 580.10 |
| SEP02P | 6:55 | 10-02-02 | PERFORMANCE PAY | 21.60 | 601.70 |
| D7F5D5 | 17:19 | 10-03-02 | DEPOSIT ITS FUNDS | 20.00- | 581.70 |
| 000020 | 11:23 | 10-07-02 | SALE / REGULAR | 31.30- | 550.40 |
| PF0309 | 9:22 | 10-09-02 | COMMISSARY FORM | 29.00- | 521.40 |
| PF0309 | 9:22 | 10-09-02 | COMMISSARY FORM | 29.00 | 550.40 |
| PF0310 | 9:22 | 10-09-02 | COMMISSARY FORM | 29.00- | 521.40 |
| 000084 | 12:12 | 10-11-02 | SALE / REGULAR | 1.45- | 519.95 |
| 000039 | 11:36 | 10-15-02 | SALE / REGULAR | 44.05- | 475.90 |
| DBA238 | 17:06 | 10-16-02 | DEPOSIT ITS FUNDS | 10.00- | 465.90 |
| 000019 | 11:07 | 10-21-02 | SALE / REGULAR | 37.00- | 428.90 |
| T05470 | 11:01 | 10-23-02 | MONEY ORDER | 50.00 | 478.90 |
| DD2DA3 | 19:25 | 10-23-02 | DEPOSIT ITS FUNDS | 10.00- | 468.90 |
| 000010 | 11:54 | 10-28-02 | SALE / REGULAR | 60.20- | 408.70 |
| DEC26F | 18:22 | 10-31-02 | DEPOSIT ITS FUNDS | 10.00- | 398.70 |
| OCT02P | 9:08 | 11-04-02 | PERFORMANCE PAY | 21.60 | 420.30 |
| 000013 | 12:03 | 11-04-02 | SALE / REGULAR | 37.90- | 382.40 |
| E00724 | 16:53 | 11-04-02 | DEPOSIT ITS FUNDS | 10.00- | 372.40 |
| E253C9 | 16:42 | 11-11-02 | DEPOSIT ITS FUNDS | 10.00- | 362.40 |
| 000034 | 12:46 | 11-12-02 | SALE / REGULAR | 56.15- | 306.25 |
| 000005 | 12:11 | 11-18-02 | SALE / REGULAR | 30.40- | 275.85 |
| T11862 | 12:02 | 11-19-02 | MONEY ORDER | 50.00 | 325.85 |
| E4C4BC | 19:41 | 11-20-02 | DEPOSIT ITS FUNDS | 10.00- | 315.85 |
| 000009 | 12:21 | 11-25-02 | SALE / REGULAR | 12.60- | 303.25 |
| E5FC6F | 16:40 | 11-25-02 | DEPOSIT ITS FUNDS | 10.00- | 293.25 |
| E71F04 | 10:06 | 11-30-02 | DEPOSIT ITS FUNDS | 10.00- | 283.25 |
| 000010 | 12:19 | 12-02-02 | SALE / REGULAR | 14.85- | 268.40 |
| NOV02P | 7:35 | 12-03-02 | PERFORMANCE PAY | 27.20 | 295.60 |
| E91C11 | 16:32 | 12-06-02 | DEPOSIT ITS FUNDS | 10.00- | 285.60 |
| 000026 | 12:31 | 12-09-02 | SALE / REGULAR | 26.95- | 258.65 |
| EBC7C6 | 9:45 | 12-15-02 | DEPOSIT ITS FUNDS | 10.00- | 248.65 |
| 000006 | 12:14 | 12-16-02 | SALE / REGULAR | 19.60- | 229.05 |
| 000007 | 12:16 | 12-16-02 | SALE / REGULAR | 1.00- | 228.05 |
| 000008 | 12:17 | 12-16-02 | SALE / REGULAR | 4.00- | 224.05 |
| T19359 | 14:02 | 12-17-02 | MONEY ORDER | 100.00 | 324.05 |
| T19802 | 13:39 | 12-18-02 | MONEY ORDER | 300.00 | 624.05 |
| ECE545 | 17:32 | 12-19-02 | DEPOSIT ITS FUNDS | 20.00- | 604.05 |
| 000028 | 12:32 | 12-23-02 | SALE / REGULAR | 47.60- | 556.45 |
| EE55D1 | 16:33 | 12-26-02 | DEPOSIT ITS FUNDS | 20.00- | 536.45 |
| 000019 | 12:19 | 12-30-02 | SALE / REGULAR | 30.55- | 505.90 |