United States District Court
Southern District of Texas

JAN 28 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROY EDWARD CANTU, | § | |
| Defendant–Petitioner, | § | CIVIL NO.: |
| | § | B-03-CV-147 |
| v. | § | |
| | § | CRIMINAL NO.: |
| UNITED STATES OF AMERICA, | § | B-98-CR-075 |
| Respondent. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 is time barred under the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA). Pub.L.No. 104-132, 110 Stat. 1214 (1996). In addition to being time barred, Petitioner's claims are without merit. Therefore, after careful consideration of Petitioner's §2255 motion and objections thereafter, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 is DENIED.

Signed this the 26th day of January, 2004, at Brownsville, Texas.

Filemon B. Vela
United States District Judge