United States District Court
Southern District of Texas
FILED

FEB 2 0 2004

Michael N. Milby
Clerk of Court

THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROY EDWARD CANTU<br>　　Petitioner<br><br>V.<br><br>UNITED STATES OF AMERICA<br>　　Respondent | §<br>§<br>§<br>§　CIVIL NO B-03-CV-147<br>§<br>§<br>§ |

## NOTICE OF APPEAL/CERTIFICATE OF APPEALABILITY

**COMES NOW**, Roy Edward Cantu, petitioner in the above captioned case respectfully file this notice of appeal and request for certificate of appealability to appeal the denial of his § 2255 petition by this Honorable Court. In so doing, petitioner will ask the court to grant this request a liberal and less stringent standard of review in accord with the Supreme Court holding in Haines V. Kerner, 404 U.S. 519 (1972).

Title 28 U.S.C. § 2253(c)(2) mandates that where a petitioner has made a substantial showing of denial of Constitutional Rights, as presented in petitioner's § 2255 petition, certificate of appealability should be granted and the issues be allowed to proceed further. See Barefoot V. Estelle, 463 U.S. 880, 892, 103 S.Ct. 3383, 3394, 77 L.Ed.2d 1090 (1983).

In Slack V. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000), the Supreme Court held that when the district court denied a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should be issue (and an appeal of the district court's order

1.

may be taken) if the prisoner shows, at least that jurist of reason would find it debatable whether petition states a valid claim of denial of a constitutional right, and that jurist of reason would find it debatable whether the district court was correct in its ruling. Slack, 529 U.S. 473, 146 L.Ed.2d at 548-49.

Petitioner respectfully request that this Honorable Court grant his request for certificate of appealability to appeal the denial of his § 2255 petition.

Dated: February 12, 2004

Respectfully Submitted:

Roy Edward Cantu
Reg. No. 05508-078
FCC-Beaumont-Low
P.O. Box 26020
Beaumont, Texas 77720

## CERTIFICATE OF SERVICE

The undersigned hereby, certify under penalty of perjury that a correct copy of the foregoing notice of appeal and certificate of appealability has been served on the attorney for the government by U.S. mail, postage prepaid, address to:

United States Attorney
Southern District of Texas
600 E. Harrison Street #201
Brownsville, Texas 78520-7114

Respectfully Submitted:

Roy Edward Cantu

2.