Rev 8/82

APPLICATION TO PROCEED IN FORMA PAUPERIS,
SUPPORTING DOCUMENTATION & ORDER

United States District Court
Southern District of Texas
FILED

FEB 20 2004

Michael N. Milby
Clerk of Court

**United States District Court**

| DISTRICT | |
|---|---|

| CASE TITLE | DOCKET NO. |
|---|---|
| ROY EDWARD CANTU  v. United States of America | MAGISTRATE CASE NO. Civil No B-03-CV-147 |

I, ROY EDWARD CANTU, declare that I am the (check appropriate box)

☐ petitioner/plaintiff       ☒ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

in the above-entitled proceeding: that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                   Yes ☐   No ☐

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   Federal Prison job assignment.
   Approximately $150

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   N/A

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment      Yes ☐   No ☒
   b. Rent payments, interest or dividends?                      Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?            Yes ☐   No ☒
   d. Gifts or inheritances?                                     Yes ☐   No ☒
   e. Any other sources?                                         Yes ☒   No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

*Approximately $80 per month*

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

   *N/A*

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   *Amanda Cantu; Roy Cantu; Sasha Cantu — Unable to contribute to their support*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2-12-04__        _Roy E. Cantu_
                (Date)                    Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant herein has the sum of $ __120.51__ on account to his credit at the __FCC Beaumont (Low)__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____

_B. Parquet_  Counselor
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |

```
0                          ACCOUNT
                          STATEMENT
FCC BMT - LIMITED OFFICIAL USE                DATE 02/12/04
BEAUMONT, TX                                  PAGE No.02


                                          Account # 05508078

         CANTU ROY EDWARD
              XA
DHO-SHEFFER
```

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DEC04U | 8:00 | 01-09-04 | UNICOR PAY | 149.50 | 230.40 |
| 000117 | 18:58 | 01-12-04 | SALE / REGULAR | 78.70- | 151.70 |
| 000118 | 19:02 | 01-12-04 | SALE / REGULAR | 1.50- | 150.20 |
| 688FDD | 17:30 | 01-16-04 | DEPOSIT ITS FUNDS | 10.00- | 140.20 |
| 6A1E33 | 17:17 | 01-20-04 | DEPOSIT ITS FUNDS | 10.00- | 130.20 |
| 000169 | 18:04 | 01-20-04 | SALE / REGULAR | 59.05- | 71.15 |
| 6B8805 | 12:51 | 01-24-04 | DEPOSIT ITS FUNDS | 10.00- | 61.15 |
| 000001 | 10:46 | 01-26-04 | SALE / REGULAR | 17.20- | 43.95 |
| T31951 | 11:11 | 01-27-04 | MONEY ORDER | 100.00 | 143.95 |
| 6D3A59 | 19:07 | 01-29-04 | DEPOSIT ITS FUNDS | 10.00- | 133.95 |
| 6E170E | 10:19 | 02-01-04 | DEPOSIT ITS FUNDS | 3.00- | 130.95 |
| 000014 | 17:19 | 02-02-04 | SALE / REGULAR | 107.15- | 23.80 |
| 71299D | 18:19 | 02-06-04 | DEPOSIT ITS FUNDS | 3.00- | 20.80 |
| 71860D | 10:04 | 02-07-04 | DEPOSIT ITS FUNDS | 20.00- | .80 |
| JAN04U | 7:26 | 02-09-04 | UNICOR PAY | 169.36 | 170.16 |
| T35141 | 13:00 | 02-09-04 | MONEY ORDER | 50.00 | 220.16 |
| 000090 | 18:05 | 02-09-04 | SALE / REGULAR | 93.65- | 126.51 |
| 73ADDC | 16:35 | 02-11-04 | DEPOSIT ITS FUNDS | 6.00- | 120.51 |
| | | | **** TRANSACTION TOTAL **** | 189.66- | |

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 120.51 | .00 | .00 | .00 | 120.51 |