# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROY EDWARD CANTU,<br>Plaintiff-Petitioner, | § § § | |
| | § | CIVIL ACTION NO. B-03-147 |
| VS. | § § | CRIMINAL NO. B-98-075 |
| UNITED STATES OF AMERICA,<br>Defendant-Respondent. | § § | |

### ORDER

Petitioner, Roy Edward Cantu, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by April 22, 2004.

DONE at Brownsville, Texas, this 10th day of March, 2004.

_____
John Wm. Black
United States Magistrate Judge