IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| ROY EDWARD CANTU,<br>Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-147 |
| UNITED STATE OF AMERICA,<br>Respondent. | § § § | |

## ORDER NUNC PRO TUNC

Petitioner, Roy Edward Cantu ("Cantu"), filed an Application to Proceed In Forma Pauperis (Docket No. 11) on February 20, 2004, in connection with his Application for Certificate of Appealability ("COA") (Docket No. 10). On March 10, 2004, the Court allowed Petitioner to proceed in Forma Pauperis and ordered the Respondent to file a response (Docket No. 12).

Pursuant to FED. R. CIV. P. 60(a), the Court, upon its own initiative, may correct clerical errors in previous judgments, orders or other parts of the record, arising from oversight or omission. After review of the Court's order (Docket No. 12), it appears that the section thereof directing Respondent to file a response was a clerical error.

IT IS ORDERED that Respondent need not file a response to Petitioner's Application for COA, as previously set forth in the Court's order (Docket No. 12).

DONE at Brownsville, Texas, this 21st day of April, 2004.

John Wm. Black
United States Magistrate Judge