IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED
MAY 25 2004

Michael N. Milby, Clerk

| | |
|---|---|
| ROY EDWARD CANTU<br>Petitioner,<br><br>VS.<br><br>UNITED STATES OF AMERICA<br>Respondent, | §<br>§<br>§<br>§<br>§   Civil Action No. B-03-147<br>§<br>§<br>§<br>§ |

NOTICE OF APPEAL

COMES NOW, Roy Edward Cantu, (herein after refers to as petitioner), acting pro se and respectfully request for notice of appeal, to appeal the order of this court entered on April 28, 2004 which denied issue of certificate of appealability on its denial of petitioner's motion to vacate set aside and correct sentence pursuant to 28 U.S.C. § 2255.

Wherefore, on this day, May 7th, 2004, petitioner filed this Notice of Appeal.

Dated: May 7, 2004

Respectfully Submitted:

Roy Edward Cantu
Reg. No. 05508-078
FCC-Beaumont-Low
P.O. Box 26020
Beaumont, Texas 77720

## CERTIFICATE OF SERVICE

The undersigned, hereby, certify under penalty of perjury, that a correct copy of the foregoing Notice of Appeal has been served on the attorney for the government by U.S. mail, postage prepaid, addressed to:

United States Attorney
Southern District of Texas
600 E. Harrison St., #201
Brownsville, Texas 78520-7114

Respectfully Submitted:

/Roy Edward Cantu