IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
OCT 1 8 2004
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
OCT 2 0 2004
Michael N. Milby, Clerk of Court

No. 04-40724
USDC No. 1:03-CV-147
USDC No. 1:98-CR-75-ALL

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROY EDWARD CANTU,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R:

Roy Edward Cantu (Cantu), federal prisoner #05508-078, seeks a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2255 motion challenging his conviction for conspiracy to participate in a Racketeer Influenced and Corrupt Organizations enterprise as time-barred and on its merits. Cantu maintains that his 28 U.S.C. § 2255 motion was not time-barred because he filed it within one year of learning that his counsel had not filed a petition for writ of certiorari with the United States Supreme Court. Cantu additionally argues the merits of his claims that his counsel was ineffective for not moving to dismiss the count of the indictment

O R D E R
No. 04-40724
-2-

for which he was convicted because it violated double jeopardy. For the first time in a FED. R. APP. P. 28(j) letter, Cantu asserts that the sentence enhancement he received for being a manager in the conspiracy was unconstitutional under Blakely v. Washington, 124 S. Ct. 2531 (2004).

Cantu has not demonstrated "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong" and "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, Cantu's motion for a COA is DENIED.

JACQUES L. WIENER, JR.
UNITED STATES CIRCUIT JUDGE

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
                Deputy
New Orleans, Louisiana   OCT 18 2004

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

October 18, 2004

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

OCT 20 2004

Michael N. Milby, Clerk of Court

      No. 04-40724 USA v. Cantu
          USDC No.   1:98-CR-75-ALL
                     1:03-CV-147

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 12 ) Volumes    ( 1 ) Sealed Envelope    ( ) Boxes

                       Sincerely,

                       CHARLES R. FULBRUGE III, Clerk

                       By: _____
                            Jodi Rodrigue, Deputy Clerk
                            504-310-7718

cc: w/encl:
    Mr Roy Edward Cantu
    Mr James Lee Turner

MDT-1