IN THE UNITED STATES DISTRICT COURT

COURT FOR THE SOUTHERN DISTRICT

OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 0 6 2005

Michael N. Milby
Clerk of Court

RAY EDWARD CANTU,
    PETITIONER,

VS.

UNITED STATES OF AMERICA,
    PLAINTIFF,

B-03-147

CASE NO. B-98-75
DISTRICT COURT NO.

"MOTION FOR ADDITIONAL "

TIME TO RESPOND

COME NOW PETITIONER NOW

ASK'S THIS HONORABLE COURT

FOR AN ADDITIONAL TWENTY (20)DAYS TO

FILE HIS RESPOND ORDER ED BY THIS COURT

RESPECTFULLY SUBMITTED

CERTIFICATE OF SERVICE

I _Ray Edward Canty_, UNDER THE PENALTY OF PERJURY, AM THE PETITIONER AND ACKNOWLEDGE THAT THE FOREGOING ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATE _8/24/05_

RESPECTFULLY SUBMITTED

_Ray Canty_

I _Ray Cantu_, UNDER THE PENALTY OF PERJURY, ALSO DECLARE, THAT BY USING THE UNITED STATES POSTAL SERVICE, ONE COPY HAS BEEN SENT POSTAGE PREPAID BY THE UNITED STATES MAIL SERVICE TO THE UNITED STATES ATTORNEY'S OFFICE IN THE DISTRICT _Southern_ STATE OF _Texas_