IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| ROY EDWARD CANTU,<br>    Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-03-147 |
| | § | |
| UNITED STATE OF AMERICA,<br>    Respondent. | §<br>§<br>§ | CRIMINAL ACTION NO. B-98-075 |

## ORDER

Petitioner filed a Motion to Vacate pursuant to 28 U.S.C. § 2255 on August 18, 2003. The motion was denied by a Report and Recommendation issued on December 17, 2003. An order adopting the Report and Recommendation was filed January 26, 2004. Petitioner filed a Notice of Appeal and motion for COA on February 20, 2004, which was denied on April 28, 2004. Petitioner filed a Notice of Appeal with respect to the denial of the COA on May 25, 2004. The Fifth Circuit Court of Appeals denied Petitioner's motion for COA on October 20, 2004.

Petitioner filed a Motion for Additional Time to Respond on September 6, 2005. A review of the file reveals there are no pending motions for Petitioner to respond to. Petitioner's motion (Docket No. 17) is hereby DENIED.

DONE at Brownsville, Texas, this 8th day of September, 2005.

John Wm. Black
United States Magistrate Judge